IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA GUTIERREZ, | § | |
|     *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:17-cv-260 |
| | § | |
| STATE FARM LLOYDS, | § | |
|     *Defendant.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

### A. INTRODUCTION

1. Plaintiff is Maria Gutierrez; Defendant is State Farm Lloyds.

2. On June 1, 2017, Plaintiff sued Defendant. Defendant removed this case on July 7, 2017.

3. Plaintiff moves to dismiss this suit with prejudice.

4. Defendant, who has served an answer, agrees to the dismissal with prejudice.

5. This is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of this case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

10. Defendant has not filed a counterclaim.

Respectfully submitted,

*/s/ Douglas E. Pennebaker*
Douglas E. Pennebaker
State Bar No. 00788178
Federal ID No. 23238
PENNEBAKER LAW FIRM
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
T: (210) 562-2888
F: (210) 562-2880
Email: **doug@pennebakerlaw.com**
**Attorney In Charge for Plaintiff Maria Gutierrez**


*/s/ Sarah Pierce Cowen*
Sarah Pierce Cowen
State Bar No. 15997480
Federal ID No. 7973
COWEN & GARZA, LLP
506 E. Dove Avenue
McAllen, Texas 78504
T. (956) 994-9170
F. (956) 618-2324
sarah@cowengarza.com
**Attorney In Charge for Defendant State Farm Lloyds**